

# Fourth Court of Appeals
## San Antonio, Texas

November 7, 2018

No. 04-18-00472-CR

Susan **DONNELL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Wilson County, Texas
Trial Court No. 17-09-238-CRW
Honorable Russell Wilson, Judge Presiding

# O R D E R

On October 26, 2018, appellant filed a "Motion to Extend Briefing Deadline Pending Supplementation or Correction of Appellate Record."  In her motion, appellant informed this court that the clerk's record was incomplete.  According to appellant, the clerk's record did not contain "a copy of Appellant's motion to suppress, the written order denying Appellant's motion to suppress, and any findings of fact made by the trial court."  A review of the clerk's record, which was filed on September 4, 2018, confirmed these items are missing.  Therefore, we ordered the Wilson County District Clerk to file a supplemental clerk's record with a copy of the missing items.  On November 5, 2018, the Wilson County District Clerk filed a letter, stating the motion to suppress, order denying the motion to suppress, or findings of fact were not filed with the district clerk's office, and therefore, she is unable to file a supplemental clerk's record.

Rule 34.5(e) provides that in the event an item in the clerk's record is missing, "the parties, may, by written stipulation, delivery a copy of that item to the trial court clerk for inclusion in the clerk's record or a supplement."  Accordingly, we **ORDER** the parties to file a written response in this court on or before **November 19, 2018** stating whether they can agree as to what items in the clerk's records are missing and deliver copies of those items to the trial court clerk for inclusion in a supplemental clerk's record.  If the parties cannot agree, we may abate this matter to the trial court to determine what constitutes accurate copies of any missing items and order the items to be included in the supplemental clerk's record.

We **order** the clerk of this court to serve a copy of this order on all counsel and the Wilson County District Clerk.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of November, 2018.

_____
Keith E. Hottle
Clerk of Court